Brian Cody King
Plantiff,
VS.
Sergeant Hansley FNU
officer Cook FNU
officer Isibail FNU
Defendants

In the united States district Court for the
Statesville Division

FILED
CHARLOTTE, NC
MAR 10 2026
US DISTRICT COURT
WESTERN DISTRICT OF NC

Motion For Appointment of Counsel

Pursuant to 28 U.S.C § 1915 (e)(i) Plantiff (or Plantiffs) moves for an order appointing counsel to represent him in this case. In Support of this motion, Plantiff States:

1. Plantiff is unable to afford counsel. He has requested leave to proceed in forma Pauperis.
2. Plantiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are Complex, and will require Significant research and investigation. Plantiff has limited access to the law library and limited Knowledge of the law.
3. A trial in this Case will likely involve Conflicting testimony, and the Counsel would better enable plantiff to present evidence and Cross examine witnesses.
4. Plantiff has made Repeated efforts to obtain a lawyer.

Wherefore, plantiff requests that the Court appoint a member of the Bar as Counsel in this case.

I Certify under penalty of perjury this is true and accurate.

Brian King 2-15-26

Brian Cody King
1300 western Blvd.
Raleigh, NC 27606