FILED
CHARLOTTE NC

MAR 23 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Clerk of Courts (Western Division) 3/17/26

Did you receive the 1983 Complaint I Sent to your office 2/23/26? It was Brian Cody King (plantiff) vs. (Defendants) Sgt. Hansley, officer Cook, and officer Islbail. I also sent you the Summons. Can you please respond and let me Know Something b/c im facing constant retaliation and dont Know if my mail made it out. Also I need another 1983 Complaint packet and Summons papers. Thank You. I Certify under penalty of perjury that all I wrote is true and accurate. Executed at Central prison on 3/17/26

by: Brian King

Brian Cody King
1300 western Blvd.
Raleigh, NC 27606