FILED
CHARLOTTE, NC

AUG 24 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Clerk of Court / Your Honor, 8/19/26

I respectfully request you to send me a copy of my original Complaint I wrote for case NO. 5:26-CV-00049-MR? On July, 17 20226 a friend of the defendant in this case Stole alot of my legal work including my copy of the Complaint. Their names are Sgt. Penero and C.O. Mitzell who stole my property for defendant Sgt. Hansley. This violates my 8th and 14th amendment. I need my original complaint in order to defend myself. There is soo much retaliation im going through between Maury, Alexander, and central prison. Ive got 13 active cases. Im about to be sent to H-Con b/c I am at the point of loosing my sanity and ive been getting aggressive.

This is a long process and in the end I will prove how dirty the system has done me. Please consider all that ive told you since this process started (multiple letters). Also I did not amend my complaint on this case. I was told id recieve appointed counsel, is that going to happen still? I truly believe Sgt. Hansley has been intercepting my legal mail, altering mail, and possibly sending mail to the court in my name. He's threatened me multiple times, says "there is no camera footage", and "your not the first and wont be the last ive busted up". Sgt. Hansley's SRG and Pert team, so hes got a buddy system.

I swear under penalty of perjury that all I wrote is true and accurate. Executed at Maury Correctional Inst. 8/19/26 by:

Brian King

Brian Cody King #1350718